FILED
2010 May-28 PM 02:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

- Attach this card to the back of the mailpiece, or on the front if space permits.

**B. Received by (Printed Name)**

**C. Date of Delivery**

1. Article Addressed to:

   Lime Financial Svcs Ltd
   5885 SW Meadows Rd
   Ste 600
   Lake Oswego, OR 97035

   CV-10-B-1148-W

   **D.** Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

   7008 2810 0002 2795 3251

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Rec'd
2010 MAY 25 AM 11:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

FROM:
Clerk
Northern District of Alabama
1729 5th Avenue North
Birmingham, AL 35203

TO:
Lime Financial Services, Ltd.
5885 SW Meadows Road, Suite 600
Lake Oswego, OR 97035

LIME8885   970352043 1209   07 05/20/10
FORWARD TIME EXP RTN TO SEND
: LIME FINANCIAL SERVICES
PO BOX 65415
SALT LAKE CITY UT 84165-0415

RETURN TO SENDER