AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | | |
|---|---|---|
| Eddison Walters | ) | |
| _Plaintiff_ | ) ) ) | |
| v. | ) | Civil Action No. 10-01148 |
| Lime Financial Services, LTD. | ) ) ) | |
| _Defendant_ | ) | |

Alias      **SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_   Lime Financial Services, LTD.
PO Box 65415
Salt LAke City, UT 84165-0415

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Underwood & Riemer, P.C.
P. O. Box 1206
Mobile, AL 36633

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. ~~You also must file your answer or motion with the court.~~

Date: 6/15/10

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_