**FILED**
2010 Jun 24 PM 03:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Lime Financial Services, LTD
    PO Box 65415
    Salt Lake City UT 84165-0415

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Sean Darger_ ☐ Agent ☐ Addressee

B. Received by (Printed Name) SEAN DARGER

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
   7009 2820 0001 7873 8026

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540