FILED
2010 Jul-08 PM 05:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **EDDISON WALTERS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 10-01148 |
| | ) |
| **LIME FINANCIAL SERVICES, LTD,** | ) |
| | ) |
| **Defendant.** | ) |

### MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

**COMES NOW** Defendant, Lime Financial Services, Ltd. (hereinafter "Defendant"), by and through its undersigned counsel, and respectfully requests an additional fourteen (14) days to file a responsive pleading to Plaintiff's Complaint. Defendant's motion is due to be granted for the following reasons:

1. Plaintiff filed his Complaint in the Northern District of Alabama against Defendant on May 3, 2010. The Court issued the Summons and Complaint to Defendant by certified mail on June 15, 2010, and service was perfected on or about June 21, 2010. The undersigned counsel was recently retained by Defendant and needs additional time to file a responsive pleading.

2. Defendant respectfully requests an additional fourteen (14) days, until July 23, 2010, to file its responsive pleading.

3. Defense counsel attempted to contact Plaintiff's counsel to determine whether he has any opposition to the instant motion, but was unable to reach him prior to filing this motion.

4. No prejudice will result to any party from the granting of this request for a brief extension of time to file a responsive pleading.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests an additional fourteen (14) days, until July 23, 2010, to file its responsive pleading in the above-referenced lawsuit.

/s John David Collins
John David Collins

Attorney for Defendant
Lime Financial Services, Ltd.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 8, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

 James D. Patterson, Esq.
 Kenneth J. Riemer, Esq.
 Earl P. Underwood, Jr., Esq.
 Attorneys for Plaintiff
 166 Government Street, Suite 100
 Mobile, Alabama  36602

             /s John David Collins
             OF COUNSEL