FILED
2010 Jul-26 AM 11:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **EDDISON WALTERS,** | } |
| | } |
| **Plaintiff,** | } |
| | } |
| vs. | } CASE NO. 7:10-cv-01148-SLB |
| | } |
| **LIME FINANCIAL SERVICES, LTD,** | } |
| | } |
| **Defendant.** | } |

## SUBMISSION ORDER

This case is currently before the court on defendant Lime Financial Services, Ltd's Motion to Dismiss. (Doc. 7.)[1] Any opposition is due on or before **AUGUST 17, 2010**. A reply, if any, is due on or before **SEPTEMBER 7, 2010**. The motion is **SET** for oral argument at **2:00 p.m.** on **OCTOBER 27, 2010**.

**DONE** this 26th day of July, 2010.

_Sharon Lovelace Blackburn_
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.