FILED
2010 Oct-21 PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **EDDISON WALTERS,** } | |
| } | |
| Plaintiff, } | |
| } | |
| vs. } | CASE NO. 7:10-cv-01148-SLB |
| } | |
| **LIME FINANCIAL SERVICES, LTD,** } | |
| } | |
| Defendant. } | |

## ORDER

This case is currently before the court on defendant Lime Financial Services, Ltd's Motion to Dismiss.  (Doc. 7.)[1]   The motion, presently set for oral argument on October 27, 2010, is **RESET** at **10:00 a.m.** on **DECEMBER 1, 2010**.

**DONE** this 21st day of October, 2010.

_Sharon Lovelace Blackburn_
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.