FILED
2010 Nov-29  PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| EDDISON WALTERS | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 7:10-CV-01148-SLB |
| | * | |
| LIME FINANCIAL SERVICES, | * | |
| | * | |
| Defendant | * | |

## MOTION TO ATTEND HEARING ON MOTION TO DISMISS BY TELEPHONE

The above captioned matter is currently set for a hearing on December 1, 2010 at 10:00 a.m. before the Honorable Sharon Lovelace Blackburn in Birmingham, Alabama.

Counsel for Plaintiff, EARL P. UNDERWOOD, JR., of Underwood & Riemer, P.C. wishes to participate in this hearing by telephone rather than in person.

WHEREFORE, counsel for Plaintiff prays this Honorable Court allow Earl P. Underwood, Jr. to appear by telephone rather than in person for the hearing in this matter on Wednesday, December 1, 2010 at 10:00 a.m.

Respectfully submitted,

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr, (UND0008)
Underwood & Riemer, P.C.
21 S. Section Street
Farihope, AL 36532
251-990-5558  (voice)
251-990-0626 (fax)