UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| EDDISON WALTERS,            } | |
| }  | |
| Plaintiff,         } | |
| } | |
| vs.                                                             } | CASE NO. 7:10-cv-01148-SLB |
| } | |
| LIME FINANCIAL SERVICES, LTD,   } | |
| } | |
| Defendant.        } | |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, it is **ORDERED** that Defendant's Motion to Dismiss Complaint, (doc. 7),[1] is **GRANTED**. Plaintiff's Complaint, (doc. 1), is **DISMISSED WITH PREJUDICE**. Costs are taxed against plaintiff.

**DONE** this 30th day of March, 2011.

_Sharon Lovelace Blackburn_
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.