# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **EDDISON WALTERS** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CASE NUMBER: CV-10-01148** |
| ) | |
| ) | |
| **LIME FINANCIAL SERVICES, LTD,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEAL

Notice is hereby given that Eddison Walters, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 11th Circuit from an order granting motion to dismiss in favor of the defendant, Lime Financial Services, Ltd., (Doc. 15) entered in this action on March 30th 2011.

DATED this the 18th day of April, 2011.

                                                                                 s/ Earl P. Underwood, Jr.
                                                                                  Earl P. Underwood, Jr.

Underwood & Riemer, P.C.
21 South Section Street
Fairhope, AL 36532
251.990.5558 (voice)
251.990.0626 (fax)
epunderwood@alalaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this the 18th day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John David Collins
MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Ave. North
Birmingham AL 35203

                s/ Earl P Underwood, Jr.
                Earl P. Underwood, Jr.